AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

Paul Savvas

SUMMONS IN A CIVIL CASE

CASE NUMBER: 12406 WGY

TO: (Name and address of Defendant)

Paul Savvas
35 Sherwood Drive
Bradford, MA 01835

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              NOV 1 2 2004
CLERK                                     DATE

(By) DEPUTY CLERK


AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

November 29, 2004

I hereby certify and return that on 11/23/2004 at 04:50 pm I served a true and attested copy of the summons, complaint, civil cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of PAUL SAVVAS, 35 Sherwood Drive, Bradford, MA 01835, and by mailing 1st class to the above address on 11/23/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $52.00

Deputy Sheriff

Deputy Sheriff Ronald Weeks

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    Signature of Server

                                _____
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.