**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12406 WGY** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR ENTRY OF DEFAULT** |
| ) | |
| **Paul Savvas** ) | |
| ) | |
| Defendant ) | |

    Plaintiff, DIRECTV, Inc ("DIRECTV"), by and through its undersigned attorney, pursuant to provisions of Rule 55 of the Federal Rules of Civil Procedure, hereby requests the Clerk of this United States District Court to enter a notice of default against defendant, **Paul Savvas**, for his failure to plead or otherwise defend the action brought by DIRECTV as appears from the attached affidavit.

12/17/04                                                    /s/ John M. McLaughlin

Date                                                  John M. McLaughlin (BBO: 556328)
                                                       **Green, Miles, Lipton & Fitz-Gibbon**
                                                       P.O. Box 210
                                                       77 Pleasant Street, Northampton, MA 01061-0210
                                                       Phone 413-586-8218
                                                       Direct line 413-586-0865
                                                       Fax  413-584-6278

# CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 17th day of December, 2004, a copy of the foregoing Request for the Entry of Default, the Affidavit in Support thereof and a proposed order were mailed first class to:

Paul Savvas
35 Sherwood Drive
Bradford, MA  01835

       /s/ John M. McLaughlin
      John M. McLaughlin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12406 WGY** |
| ) | |
| Plaintiff ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST FOR DEFAULT** |
| vs. ) | |
| ) | |
| **Paul Savvas** ) | |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On November 12, 2004, the Plaintiff filed a Complaint against the Defendant, **Paul Savvas**, in United States District Court, alleging violations of 47 U.S.C. § 605 and violations of 18 U.S.C § 2511.

2. On November 23, 2004, the said Defendant was served by leaving the pertinent documentation at the **last and usual** place of abode of the Defendant by a person who is not a party to this action (see copy of Return of Service marked **Exhibit A**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Federal Rules of Civil Procedure, the Defendant had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendant has failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith a Request for Entry of Default, seeking that a Notice of Default be entered by this Court.

6.  I have also filed herewith Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendant is in default.

Subscribed and sworn to, under the pains and penalties of perjury.

>   Respectfully Submitted for the Plaintiff,
>   DIRECTV, INC.
>   By Its Attorney,

| | |
|---|---|
| 12/17/04 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green Miles Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | (413) 586-0865 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

DIRECTV, Inc.

V.

Paul Savvas

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04 - 12406 WGY

TO: (Name and address of Defendant)

Paul Savvas
35 Sherwood Drive
Bradford, MA 01835

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          NOV 1 2 2004
CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

November 29, 2004

I hereby certify and return that on 11/23/2004 at 04:50 pm I served a true and attested copy of the summons, complaint, civil cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of PAUL SAVVAS, 35 Sherwood Drive, Bradford, MA 01835, and by mailing 1st class to the above address on 11/23/2004. Basic Service Fee ($20.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($3.00), Copies ($10.00) Total Charges $52.00

Deputy Sheriff Ronald Weeks                                       Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                      Signature of Server

                                        _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **DIRECTV, Inc.** | ) | Case No.: **04-12406 WGY** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER FOR NOTICE OF REQUEST** |
| vs. | ) | **FOR DEFAULT** |
| | ) | |
| **Paul Savvas** | ) | |
| | ) | |
| Defendant | ) | |

    Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _____ day of _____, _____.

                              BY THE COURT

                              _____
                              Deputy Clerk