# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, Inc. ) | Case No.: **04-12406 WGY** |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER FOR NOTICE OF REQUEST** |
| vs. ) | **FOR DEFAULT** |
| ) | |
| Paul Savvas ) | |
| ) | |
| Defendant ) | |

Upon requests of the Plaintiff for an order of default for failure of the Defendant to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been DEFAULTED this _11_ day of _January_, _2005_.

BY THE COURT

_[signature]_
Deputy Clerk