**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12406 WGY** |
| ) | |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S MOTION TO EXTEND** |
| vs. ) | **TIME TO MOVE FOR DEFAULT** |
| ) | **JUDGMENT OR TO ASSENT TO** |
| **Paul Saavas** ) | **OPENING OF DEFAULT** |
| ) | |
| Defendant ) | |

**NOW COMES** Plaintiff, DIRECTV, Inc., to the above-captioned case respectfully requests that this Court extend the deadlines for the Plaintiff to move for Default Judgment or to assent to the opening of the Default to March 20, 2005.

As grounds, the Plaintiff states:

1. Plaintiff's Counsel has been contacted by counsel for the Defendant, Attorney Todd J. Bennett of Wilmington, MA.

2. Plaintiff's Counsel and Defendant's Counsel are in serious substantive negotiations to either possibly resolve this matter or reach an agreement to request an opening of the Default.

3. Attorney Bennett assents to this motion.

In further support of this motion, see affidavit of John M. McLaughlin

                                                    Respectfully Submitted for the Plaintiff,
                                                    DIRECTV, Inc.
                                                    By Its Attorney

| | |
|---|---|
| 2/18/05 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin (BBO: 556328) |
| | **Green, Miles, Lipton & Fitz-Gibbon** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061-0210 |
| | (413) 586-0865 |

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 18th day of February 2005, a copy of the foregoing motion and affidavit were sent via electronic mail to

Attorney Todd Bennett
toddjbennett@hotmail.com

                                            /s/ John M. McLaughlin
                                            John M. McLaughlin

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-12406 WGY** |
| ) | |
| Plaintiff ) | **AFFIDAVIT OF ATTORNEY IN** |
| ) | **SUPPORT OF PLAINTIFF'S MOTION** |
| vs. ) | **TO EXTEND TIME TO MOVE FOR** |
| ) | **DEFAULT JUDGMENT OR TO ASSENT** |
| **Paul Saavas** ) | **TO OPENING OF DEFAULT** |
| ) | |
| Defendant ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. I have been contacted by an attorney for the Defendant, Attorney Todd Bennett, of Corrigan, Bennett & Belfort, PC, Wilmington, MA.

2. Defendant's Counsel and I are in substantive negotiations to either possibly resolve this matter or reach an agreement to request an opening of the Default.

3. Defendant's Counsel assents to this motion.

4. I respectfully request until March 20, 2005 to move for Default Judgment or to assent to the opening of the Default.

Subscribed and sworn to, under the pains and penalties of perjury.

                                                    Respectfully Submitted for the Plaintiff,
                                                  DIRECTV, INC.
                                                  By Its Attorney,

2/18/05                                      /s/ John M. McLaughlin
Date                                        John M. McLaughlin (BBO: 556328)
                                                  **Green Miles Lipton & Fitz-Gibbon**
                                                  77 Pleasant Street
                                                  P.O. Box 210
                                                  Northampton, MA 01061
                                                  (413) 586-0865