**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **DIRECTV, Inc.**            ) | Case No.: 04-12406 WGY |
| )  | |
| Plaintiff,            ) | |
| )  | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs.            ) | **WITH PREJUDICE** |
| )  | |
| **Paul Savvas**            ) | |
| )  | |
| Defendant            ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                        Respectfully Submitted for the Plaintiff,
                        DIRECTV, Inc.
                        By Its Attorney,

| | |
|---|---|
| 6/13/2005 | /s/ John M. McLaughlin |
| Date | John M. McLaughlin |
| | **Green, Miles, Lipton & Fitz-Gibbon LLP** |
| | 77 Pleasant Street |
| | P.O. Box 210 |
| | Northampton, MA 01061 |
| | Telephone: (413) 586-0865 |
| | BBO No. 556328 |

## CERTIFICATE OF SERVICE

  I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 13th day of June, 2004, a copy of the foregoing was mailed first class to:

Todd Bennett
Corrigan, Bennett & Belfort, PC
404 Main Street, Suite One
Wilmington, MA 01887

                 /s/ John M. McLaughlin
                 John M. McLaughlin, Esq.